**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**ASHLAND DIVISION**

**IN RE: JIMMY ROGER JUDE** **CHAPTER 13**
**SABRINA KAY JUDE**

**DEBTOR(S)** **CASE NO. 16-10311**

# AMENDMENT TO DEBTORS' PLAN

Come the Debtors, Jimmy Roger Jude and Sabrina Kay Jude , by and through Counsel, and make application for leave to make amendments to their Chapter 13 Plan as follows:

**II. SECURED CLAIMS.**

**A. Secured Claims To Be Paid Through the Plan and Motion to Value Collateral.**

**2. Secured Claims Valued Under § 506. The Debtor moves the Court to value collateral as follows according to 11 U.S.C. § 506(a). Each of the following secured claims, if allowed, shall be paid through the plan until the secured value or the amount of the claim, whichever is less, has been paid in full. Any remaining portion of the allowed claim shall be treated as a general unsecured claim. Any claim with a secured value of $0 shall be treated as a general unsecured claim.**

| Secured Creditor | Collateral Description | Estimated Amount of Claim | Secured Value | Interest Rate* |
|---|---|---|---|---|
| Freedom Road Financial | 2014 Artic Car Wildcat (no title/UCC) | 13,577.00 | 0.00 | 5.25% |
| SST/Medallion | 2003 Playmor Camper (no titile/UCC) | 5,123.00 | 0.00 | 5.25% |

*** If blank, the interest rate shall be the WSJ Prime Rate on the date of confirmation plus 2 percentage points. An allowed secured tax claim shall be paid with interest at the applicable statutory rate in effect on the date on which the plan is confirmed, notwithstanding any contrary provision in the plan.**

*/s/ Franklen K. Belhasen II*

Franklen K. Belhasen II
Attorney at Law
BELHASEN LAW OFFICES
814 S. Mayo Trail
Paintsville, Kentucky 41240
606-789-9925

DEBTORS:

*/s/ Jimmy Roger Jude*

*/s/ Sabrina Kay Jude*

**CERTIFICATION**

This is to certify that a true and correct copy of the foregoing has been mailed to Hon. Beverly Burden, Chapter 13 Trustee and all creditors on this the 19th day of January, 2017.

*/s/ Franklen K. Belhasen II*
Franklen K. Belhasen II