# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# ASHLAND DIVISION

IN RE: Jimmy Roger Jude
Sabrina Kay Jude

Case Number: 16-10311

Debtors

## AMENDED
## TRUSTEE'S REPORT AND
## RECOMMENDATION AS TO CONFIRMATION

Confirmation: Recommended; however -

The time period within which creditors may file objections to confirmation pursuant to KYEB LBR 3015-3(a)(i) has not passed.

CERTIFICATE OF SERVICE

I certify that the foregoing was served via ECF on 1/20/2017.

/s/ Beverly M. Burden
Beverly M. Burden, Trustee
KY Bar #09330
P O Box 2204
Lexington, KY 40588-2204
(859) 233-1527
notices@ch13edky.com

BELHASEN, FRANKLEN K.
814 SOUTH MAYO TRAIL
PAINTSVILLE , KY 41240-1384